## Hugh Jarrot v. The State.

### No. 3155. Decided June 3, 1914.

### Rehearing denied June 26, 1914.

**1.—Local Option—Sufficiency of the Evidence.**

Where, upon trial of a violation of the local option law, the evidence sustained the conviction, the judgment, in the absence of exceptions to the evidence or to the court's charge, must be affirmed.

**2.—Same—Reforming Judgment—Indeterminate Sentence.**

Where, upon trial of a violation of the local option law, the defendant was found guilty and his punishment assessed at two years in the penitentiary, and it appeared on appeal that the court should have passed on defendant an indeterminate sentence, the same was reformed accordingly.

Appeal from the District Court of Montague. Tried below before the Hon. C. F. Spencer.

Appeal from a conviction of a violation of the local option law; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*T. H. Yarbrough* and *J. S. Jameson,* for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

HARPER, Judge.—Appellant was convicted of violating the local prohibition law, and his punishment assessed at two years confinement in the State penitentiary.

No exceptions were reserved to the introduction of testimony; no objections were made to the charge of the court when submitted to counsel, and no special charges were requested. Consequently, the only question presented for a review is the sufficiency of the testimony. The facts and circumstances in evidence fully sustain the verdict and the judgment is affirmed.

*Affirmed.*

ON REHEARING.

June 26, 1914.

HARPER, Judge.—The only ground stated in appellant's motion for rehearing complains of the action of the court in sentencing appellant to a definite term of imprisonment instead of passing on him an

indeterminate sentence. Our attention was not called to this on the original hearing, and as appellant is correct in his contention, the sentence will be reformed and corrected so as to hereafter read that appellant shall be confined in the penitentiary for a term not less than one nor more than two years, and the clerk of the court will enter up a proper order correcting and reforming the sentence.

Sentence reformed and motion for rehearing overruled.

*Overruled.*